UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DARRYL EUGENE WHITE,** | ) |
| Petitioner, | ) Case No. CV 10-3388-PSG(AJW) |
| **vs.** | ) |
| **HARRINGTON,** | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: __April 11, 2011_____

_____
Philip S. Gutierrez
United States District Judge